U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2022 APR 28  PM 12: 03

CLERK

BY AL
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Case No. 2:22-cr-48-1 |
| | ) |
| CONNOR FRAZIER, | ) |
| Defendant. | ) |

## INDICTMENT

The United States Attorney charges:

On or about July 1, 2021, in the District of Vermont, defendant CONNOR FRAZIER knowingly possessed at least one visual depiction of a minor engaging in sexually explicit conduct that had been transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using any materials which have been mailed and so shipped and transported, by any means including by computer, the production of which visual depiction involved the use of a prepubescent minor engaging in sexually explicit conduct, and which visual depiction was of such conduct.

(18 U.S.C. § 2252(a)(4)(B), 2252(b)(2))

A TRUE BILL



FOREPERSON

_Nikolas P Kerest_
NIKOLAS P. KEREST (MJL)
United States Attorney
Burlington, Vermont
April 28, 2022